# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**TANYA HARRIS, individually
and on behalf of all other
similarly situated,**

        Plaintiff,

v.                                           **Case No.:  3:21-cv-330-BJD-JBT**

**EDWARD D. JONES  &  CO., L.P.,**

        Defendant.

_____/

## ORDER

    I hereby recuse myself from this matter because I am a member of the

putative class.  The Clerk of Court is directed to re-assign this case, by random

draw, to another District Judge.

    **IT IS SO ORDERED.**

    **DATED** at Jacksonville, Florida this 4th day of June, 2021.

                                      BRIAN J. DAVIS
                                      United States District Judge

*Copies furnished to:*

Counsel of Record
Unrepresented Parties

*ap*